JUDGE CASTEL

Andrew L. Deutsch
Christine M. Jaskiewicz
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone (212) 335-4500
Facsimile (212) 335-4501

Attorneys for Plaintiff
The Associated Press

08 CV 00323



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

THE ASSOCIATED PRESS,

                            Plaintiff,

   - against -

ALL HEADLINE NEWS CORP., AHN MEDIA
CORP., W. JEFFREY BROWN and DANIELLE
GEORGE,

                            Defendants.

-------------------------------------------------------------- x

07 Civ._____(____)

**RULE 7.1 STATEMENT**

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff The Associated Press states that it has no corporate parents, affiliates and/or subsidiaries that have any outstanding securities in the hands of the public, has no publicly held stock, and no publicly held company owns more than 10% of its stock.

Dated: New York, New York
January 14, 2008

DLA PIPER US LLP

By: *[signature]*
Andrew L. Deutsch
Christine M. Jaskiewicz
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone (212) 335-4500
Facsimile (212) 335-4501

*Attorneys for Plaintiff*
*The Associated Press*

andrew.deutsch@dlapiper.com

3829507