Chastel /J

Eric A. Prager (EP-0964)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701
Email: eprager@darbylaw.com
*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE ASSOCIATED PRESS,

   *Plaintiff,*

  v.

ALL HEADLINE NEWS CORP., ET AL.,

   *Defendants.*
-----------------------------------------------------------x

**STIPULATION AND ORDER**
ECF CASE

No. 1:08-CV-000323 (PKC)

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Associated Press and counsel for Defendants All Headline News Corp., AHN Media Corp., W. Jeffrey Brown, and Danielle George that the time in which Defendants may answer, move, or otherwise respond to the Complaint shall be extended up to and including February 29, 2008. This is the first request for an extension of time to answer the Complaint. The original deadline to answer, move, or otherwise respond was February 4, 2008.

Respectfully submitted,

Dated: January 30, 2008

By: /s/ Andrew L. Deutsch

Andrew L. Deutsch
Christine M. Jaskiewicz
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212.335.4500
Facsimile: 212.335.4501
Email: andrew.deutsch@dlapiper.com
*Attorneys for Plaintiff*

By: /s/

Eric A. Prager (EP-0964)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701
Email:eprager@darbylaw.com
*Attorneys for Defendants*

NOW THEREFORE, based on the above Stipulation, the Court hereby ORDERS that:

Defendants shall have up to and including February 29, 2008 to answer, move, or otherwise respond to the Complaint.

SO ORDERED

This 30th day of January, 2008

_____
Hon. P. Kevin Castel
United States District Judge

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.