Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone: 212.527.7700
Facsimile:  212.527.7701

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| THE ASSOCIATED PRESS, | : | |
| | : | |
| *Plaintiff*, | : | No. 1:08-CV-000323 (PKC) |
| | : | ECF CASE |
| v. | : | |
| | : | |
| ALL HEADLINE NEWS CORP., ET AL., | : | |
| | : | |
| *Defendants*. | : | |

-------------------------------------------------------------x

**AHN MEDIA CORP. DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Defendant AHN Media Corp. certifies that it is not publicly

traded and has no publicly traded parents or subsidiaries.

2

Dated:       February 29, 2008
              New York, New York

                                   Respectfully submitted,

                          By:    s/ Atul R. Singh
                                Eric A. Prager (EP-0964)
                                Atul R. Singh (AS-0873)
                                Robert L. Jacobson
                                DARBY & DARBY P.C.
                                7 World Trade Center
                                250 Greenwich Street
                                New York, NY  10007
                                Telephone: 212.527.7700
                                Facsimile:  212.527.7701

                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing AHN Media Corp. Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was submitted to the Court's CM/ECF system on February 29, 2008 for service through the Court's Electronic Transmission Facilities upon the following:

**Andrew Lawrence Deutsch**
**Christine M. Jaskiewicz**
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020

*Counsel for Plaintiff*


s/ Atul R. Singh
By:  Atul R. Singh