Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE ASSOCIATED PRESS,                      :
                                           :
              *Plaintiff*,                 :        No. 1:08-CV-000323 (PKC)
                                           :              ECF CASE
       v.                                  :
                                           :
ALL HEADLINE NEWS CORP., ET AL.,           :
                                           :
              *Defendants*.                :

------------------------------------------------------------x

**ALL HEADLINE NEWS CORP. DISCLOSURE
STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for all Defendants certifies that All Headline News Corp. no longer

exists.

Dated:      February 29, 2008
               New York, New York

Respectfully submitted,

By:    s/ Atul R. Singh
        Eric A. Prager (EP-0964)
        Atul R. Singh (AS-0873)
        Robert L. Jacobson
        DARBY & DARBY P.C.
        7 World Trade Center
        250 Greenwich Street
        New York, NY  10007
        Telephone: 212.527.7700
        Facsimile:  212.527.7701

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing All Headline News Corp. Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 was submitted to the Court's CM/ECF system on February 29, 2008 for service through the Court's Electronic Transmission Facilities upon the following:

**Andrew Lawrence Deutsch**
**Christine M. Jaskiewicz**
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020

*Counsel for Plaintiff*

s/ Atul R. Singh
By:  Atul R. Singh