Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone:  212.527.7700
Facsimile:  212.527.7701
Email:  eprager@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE ASSOCIATED PRESS,                    :
                                         :
        *Plaintiff*,                     :        No. 1:08-CV-000323 (PKC)
                                         :        ECF CASE
        v.                               :
                                         :
ALL HEADLINE NEWS CORP., ET AL.,         :
                                         :
        *Defendants*.                    :
-------------------------------------------------------------x

**DEFENDANTS' MOTION AND NOTICE OF MOTION
TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12**

PLEASE TAKE NOTICE THAT Defendants All Headline News Corp., AHN Media Corp., W. Jeffrey Brown and Danielle George hereby respectfully move this Court before the Honorable P. Kevin Castel, on a date and time as soon as counsel may be heard, for an order dismissing Counts I and III to VII against all defendants pursuant to Federal Rule of Civil Procedure 12(b)(6), and dismissing the Complaint in its entirety against individual defendants

-2-

Brown and George under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), for the reasons stated in the accompanying Memorandum of Law.

Dated:       February 29, 2008
             New York, New York

                                                Respectfully submitted,

By:      s/ Atul R. Singh
         Eric A. Prager (EP-0964)
         Atul R. Singh (AS-0873)
         Robert L. Jacobson
         DARBY & DARBY P.C.
         7 World Trade Center
         250 Greenwich Street
         New York, NY  10007
         Telephone: 212.527.7700
         Facsimile:  212.527.7701

         *Attorneys for Defendants*

-3-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing Defendants' Motion and Notice of Motion to Dismiss Under Federal Rule of Civil Procedure 12 was submitted to the Court's CM/ECF system on February 29, 2008 for service through the Court's Electronic Transmission Facilities upon the following:

**Andrew Lawrence Deutsch**
**Christine M. Jaskiewicz**
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020

*Counsel for Plaintiff*

                    s/ Atul R. Singh
                    By:  Atul R. Singh