Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone: 212.527.7700
Facsimile:  212.527.7701
Email:  eprager@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| THE ASSOCIATED PRESS, | : | |
| | : | |
| *Plaintiff*, | : | No. 1:08-CV-000323 (PKC) |
| | : | ECF CASE |
| v. | : | |
| | : | |
| ALL HEADLINE NEWS CORP., ET AL., | : | |
| | : | |
| *Defendants*. | : | |

------------------------------------------------------------x

## DECLARATION OF DANIELLE GEORGE

I, DANIELLE GEORGE, hereby declare as follows:

1. I am an employee of Defendant AHN Media Corp. with the title of Senior Editorial Lead.  I am also an individual named Defendant in this litigation.  I offer this declaration based on my personal knowledge.

2. I work in the Wellington, Florida office of AHN Media Corp.

3. I am a Florida citizen and reside in West Palm Beach, Florida.

4. The news writing and editing that I do as an employee of AHN Media Corp. is for the benefit of the company.  I do not do that work in my individual capacity.

5.   I do not in my individual capacity transact business or otherwise engage in any of the business activities discussed in the Complaint.

6.   I have never resided in the State of New York

7.   I have never conducted any personal business in the State of New York, though I have visited as a tourist.

8.   I do not have any bank accounts in the State of New York.

9.   I have never sought or obtained licenses, registrations, or any other entitlements or privileges from the State of New York.

10.   I have never owned or leased any real property within the State of New York.

11.   I have never commenced a legal proceeding or been named as a defendant in any action in the State of New York (except for the instant action).

12.   I have never designated anyone within the State of New York to accept legal service of process on my behalf, and I do not consent to this Court's exercise of jurisdiction over me in this civil action.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of February, 2008

_____
Danielle George

5. I do not in my individual capacity transact business or otherwise engage in any of the business activities discussed in the Complaint.

6. I have never resided in the State of New York

7. I have never conducted any personal business in the State of New York, though I have visited as a tourist.

8. I do not have any bank accounts in the State of New York.

9. I have never sought or obtained licenses, registrations, or any other entitlements or privileges from the State of New York.

10. I have never owned or leased any real property within the State of New York.

11. I have never commenced a legal proceeding or been named as a defendant in any action in the State of New York (except for the instant action).

12. I have never designated anyone within the State of New York to accept legal service of process on my behalf, and I do not consent to this Court's exercise of jurisdiction over me in this civil action.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February, 2008

_____
Danielle George

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing Declaration of Danielle George was submitted to the Court's CM/ECF system on February 29, 2008 for service through the Court's Electronic Transmission Facilities upon the following:

**Andrew Lawrence Deutsch**
**Christine M. Jaskiewicz**
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020

*Counsel for Plaintiff*

                                                  s/ Atul R. Singh
                                                  By:  Atul R. Singh