**DARBY &
DARBY**
PROFESSIONAL CORPORATION

INTELLECTUAL PROPERTY LAW

NEW YORK
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007-0042
TEL 212.527.7700
FAX 212.527.7701
www.darbylaw.com

NEW YORK
SEATTLE
WASHINGTON, D.C.
SAN JOSE
PALM BEACH GARDENS
FRANKFURT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08

March 6, 2008

Reference: 21360/6003225-000

ERIC A. PRAGER
PRINCIPAL
212.527.7647
eprager@darbylaw.com

**VIA FACSIMILE**

The Hon. P. Kevin Castel
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**MEMO ENDORSED**

Re:    **Associated Press v. All Headline News, No. 1:08-CV-00323 (PKC)**

Dear Judge Castel:

We represent Defendants in the referenced case. We write in relation to the letter that Plaintiff's counsel submitted to the Court today.

We did not understand the Court to require a pre-motion conference before the filing of a Rule 12(b) motion, but if the Court does require a conference, we certainly apologize and will follow whatever direction the Court gives to set this matter on a proper course.

We observe in the letter submitted by Plaintiff's counsel that Plaintiff believes the Rule 12(b) motion to be without merit. In this respect at least, it appears that the parties are unable to resolve their differences and obviate the need for a motion.

Respectfully submitted,

Eric A. Prager

cc:    Andrew L. Deutsch, Esq. (via facsimile)

*[handwritten annotations in the right margin and lower portion of the page, partially illegible]*