Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone:  212.527.7700
Facsimile:  212.527.7701
Email:  eprager@darbylaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| THE ASSOCIATED PRESS, | : | |
| | : | |
| *Plaintiff*, | : | No. 1:08-CV-000323 (PKC) |
| | : | **ECF CASE** |
| v. | : | |
| | : | |
| ALL HEADLINE NEWS CORP., ET AL., | : | |
| | : | |
| *Defendants*. | : | |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for defendants ALL Headline News Corp., AHN Media Corp., Jeffrey W. Brown, and Danielle George.  I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated: March 12, 2008<br>New York, NY | Respectfully submitted,<br><br>DARBY & DARBY P.C. |
| By: | s/ Eric A. Prager<br>Eric A. Prager (EP-0964)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 212.527.7700<br>Facsimile:  212.527.7701<br>Email:  eprager@darbylaw.com<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing:

**NOTICE OF APPEARANCE of Eric A. Prager**

was submitted to the Court's CM/ECF system on March 12, 2008 for service by the Court's Electronic Transmission Facilities upon the following:

>Andrew Lawrence Deutsch
>Christine M. Jaskiewicz
>DLA Piper US LLP (NY)
>1251 Avenue of the Americas
>New York, NY 10020
>(212) 335-4500
>Fax: (212) 335-4501
>
>*Counsel for Plaintiff*
>*The Associated Press*

>s/ Eric A. Prager
>By: Eric A. Prager