Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone: 212.527.7700
Facsimile:  212.527.7701
Email:  eprager@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

THE ASSOCIATED PRESS,                    :
                                         :
                    *Plaintiff,*         :        No. 1:08-CV-000323 (PKC)
                                         :        ECF CASE
        v.                               :
                                         :
ALL HEADLINE NEWS CORP., ET AL.,         :
                                         :
                    *Defendants.*        :

---------------------------------------------------------x

## MOTION FOR PRO HAC VICE ADMISSION OF
## ROBERT L. JACOBSON, ESQ.

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the

Southern District of New York, I, Eric A. Prager, shareholder of the firm Darby & Darby

P.C. and counsel for defendants All Headline News Corp., AHN Media Corp., Jeffrey W.

Brown, and Danielle George in the above-captioned litigation, and a member in good standing

of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Robert L. Jacobson, Esq.
Darby & Darby P.C.

1191 Second Avenue, Floor 20
Seattle, WA 98101
Tel: (206) 262-8900
Fax: (206) 262-8901
Email: rjacobson@darbylaw.com

Attached hereto as Exhibit A is a Certificate of Good Standing dated March 3, 2008, issued within thirty (30) days of this Motion, stating that Mr. Jacobson is a member in good standing of the Washington State Bar.

An Affidavit in support and proposed Order is submitted herewith. The proscribed fee of $25.00 shall be filed with the Clerk of Court.

Dated: March 13, 2008                    Respectfully submitted,
       New York, NY

                                         DARBY & DARBY P.C.

                              By:        _____

                                         Eric A. Prager (EP-0964)
                                         7 World Trade Center
                                         250 Greenwich Street
                                         New York, NY 10007
                                         Telephone: 212.527.7700
                                         Facsimile: 212.527.7701
                                         Email: eprager@darbylaw.com

                                         *Attorneys for Defendants*

2

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) ) ) | BAR NO. 30838 |
| OF | ) ) | **CERTIFICATE OF GOOD** |
| ROBERT L. JACOBSON | ) ) | **STANDING** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) | |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

### ROBERT L. JACOBSON

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on December 1, 2000, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of said Court this 3rd day of
March, 2008.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone: 212.527.7700
Facsimile:  212.527.7701
Email:  eprager@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

THE ASSOCIATED PRESS,                                    :
                                                         :
                 *Plaintiff*,                            :        No. 1:08-CV-000323 (PKC)
                                                         :                ECF CASE
         v.                                              :
                                                         :
ALL HEADLINE NEWS CORP., ET AL.,                         :
                                                         :
                 *Defendants*.                           :

---------------------------------------------------------------x

## AFFIDAVIT OF ERIC A. PRAGER IN SUPPORT
## OF MOTION FOR PRO HAC VICE ADMISSION OF
## ROBERT L. JACOBSON, ESQ.

I, Eric A. Prager, being duly sworn, hereby deposes and says as follows:

    1.    I am a shareholder of the firm Darby & Darby, P.C., counsel for defendants All Headline News Corp., AHN Media Corp., Jeffrey W. Brown, and Danielle George in the above captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in April 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Robert Jacobson since June 2004.

4.    Mr. Jacobson is an associate at Darby & Darby, P.C., in Seattle, Washington.

5.    I have found Mr. Jacobson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Robert Jacobson, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Robert L. Jacobson, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Robert L. Jacobson, pro hac vice, to represent the defendants in the above captioned matter, be granted.

Dated: March 12, 2008
      New York, NY

Respectfully submitted,

By:_____
    Eric A. Prager (EP-0964)

2

Subscribed and sworn to me this __14__ day
of _____March_____, 2008.


_____
NOTARY PUBLIC in and for the State of
New York residing at
_____
My commission expires ___Sept 19 2009___.


YVETTE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6088945
Qualified in Richmond County
Commission Expires Sept 19, 2009

3

Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701
Email: eprager@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE ASSOCIATED PRESS,                  :
                                       :
            *Plaintiff*,               :            No. 1:08-CV-000323 (PKC)
                                       :                 ECF CASE
      v.                               :
                                       :
ALL HEADLINE NEWS CORP., ET AL.,       :
                                       :
            *Defendants*.              :
------------------------------------------------------------x

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March  *14* , 2008, I caused the following

documents:

1. **Motion for Pro Hac Vice Admission of Robert L. Jacobson, Esq. and**

2. **Affidavit of Eric A. Prager in Support of Motion for Pro Hac Vice Admission**
   **of Robert L. Jacobson, Esq.**

to be served upon all parties by first-class mail, addressed as follows:

Andrew Lawrence Deutsch

Christine M. Jaskiewicz
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020

By: _____

Eric A. Prager (EP-0964)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone: 212.527.7700
Facsimile:  212.527.7701
Email:  eprager@darbylaw.com

*Attorneys for Defendants*

2

Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701
Email: eprager@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE ASSOCIATED PRESS,                         :
                                              :
               *Plaintiff*,                   :           No. 1:08-CV-000323 (PKC)
                                              :                  ECF CASE
          v.                                  :
                                              :
ALL HEADLINE NEWS CORP., ET AL.,              :
                                              :
               *Defendants*.                  :
------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Eric A. Prager attorney for defendants All Headline News Corp.,

AHN Media Corp., Jeffrey W. Brown, and Danielle George and said sponsor attorney's

affidavit in support;

**IT IS HEREBY ORDERED** that

Robert L. Jacobson, Esq.
Darby & Darby P.C.
1191 Second Avenue, Floor 20
Seattle, WA 98101
Tel: (206) 262-8900

Fax: (206) 262-8901
Email: rjacobson@darbylaw.com

is admitted to practice pro hac vice as counsel for the defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

_____
P. Kevin Castel
UNITED STATES DISTRICT JUDGE

2