Eric A. Prager (EP-0964)
Atul R. Singh (AS-0873)
Robert L. Jacobson
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701
Email: eprager@darbylaw.com

*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
THE ASSOCIATED PRESS,

        *Plaintiff*,

   v.

ALL HEADLINE NEWS CORP., ET AL.,

        *Defendants*.
----------------------------------------------------------x

No. 1:08-CV-000323 (PKC)
ECF CASE

## ORDER FOR ADMISSION PRO HAC VICE
## ON WRITTEN MOTION

Upon the motion of Eric A. Prager attorney for defendants All Headline News Corp., AHN Media Corp., Jeffrey W. Brown, and Danielle George and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Robert L. Jacobson, Esq.
        Darby & Darby P.C.
        1191 Second Avenue, Floor 20
        Seattle, WA 98101
        Tel: (206) 262-8900

Fax: (206) 262-8901
Email: rjacobson@darbylaw.com

is admitted to practice pro hac vice as counsel for the defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: NY NY
3-19-08

P. Kevin Castel
UNITED STATES DISTRICT JUDGE