Eric A. Prager (EP-0964)
Robert L. Jacobson (*pro hac vice*)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone: 212.527.7700
Facsimile:  212.527.7701
Email:  eprager@darbylaw.com
Email:  rjacobson@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| THE ASSOCIATED PRESS, | : | |
| | : | |
| *Plaintiff*, | : | No. 1:08-CV-000323 (PKC) |
| | : | ECF CASE |
| v. | : | |
| | : | |
| ALL HEADLINE NEWS CORP., ET AL., | : | |
| | : | |
| *Defendants*. | : | |

-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

I, Eric A. Prager, request the withdrawal of the appearance of Atul R. Singh as counsel for defendants All Headline News Corp., AHN Media Corp., Jeffrey W. Brown, and Danielle George in the above-captioned case. Mr. Singh is no longer employed by the firm Darby & Darby, P.C.  All other counsel of record for defendants remains in place.

Respectfully submitted,

                          DARBY & DARBY, P.C.

Date:  April 18, 2008         By: s/ Eric A. Prager
        New York, NY            Eric A. Prager (EP-0964)
                                   Robert L. Jacobson (*pro hac vice*)
                                   7 World Trade Center
                                   250 Greenwich Street
                                   New York, NY  10007
                                   Telephone: 212.527.7700
                                   Facsimile:  212.527.7701
                                   Email:  eprager@darbylaw.com
                                   Email:  rjacobson@darbylaw.com

                                   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing:

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
of Atul R. Singh**

was submitted to the Court's CM/ECF system on April 18, 2008 for service by the

Court's Electronic Transmission Facilities upon the following:

>Andrew Lawrence Deutsch
>Christine M. Jaskiewicz
>DLA Piper US LLP (NY)
>1251 Avenue of the Americas
>New York, NY 10020
>(212) 335-4500
>Fax: (212) 335-4501
>
>*Counsel for Plaintiff*
>*The Associated Press*

>s/ Eric A. Prager
>By: Eric A. Prager