Eric A. Prager (EP-0964)
Robert L. Jacobson (*pro hac vice*)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701
Email: eprager@darbylaw.com
Email: rjacobson@darbylaw.com

*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE ASSOCIATED PRESS,

       *Plaintiff*,

   v.

ALL HEADLINE NEWS CORP., ET AL.,

       *Defendants*.
-------------------------------------------------------x

No. 1:08-CV-000323 (PKC)
ECF CASE

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

I, Robert L. Jacobson, request the withdrawal of the appearance of Atul R. Singh as counsel for defendants All Headline News Corp., AHN Media Corp., Jeffrey W. Brown, and Danielle George in the above-captioned case. Mr. Singh is no longer employed by the firm Darby & Darby, P.C. All other counsel of record for defendants remains in place.

Respectfully submitted,

                                 DARBY & DARBY, P.C.

Date: April 22, 2008       By: _____
      New York, NY
                                 Eric A. Prager (EP-0964)
                                 Robert L. Jacobson (*pro hac vice*)
                                 7 World Trade Center
                                 250 Greenwich Street
                                 New York, NY 10007
                                 Telephone: 212.527.7700
                                 Facsimile: 212.527.7701
                                 Email: eprager@darbylaw.com
                                 Email: rjacobson@darbylaw.com

                                 *Attorneys for Defendants*

*[Signature]*
4-24-08