Steven E. Lipman (SL-9395)
Robert L. Jacobson (*pro hac vice*)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Telephone:  212.527.7700
Facsimile:  212.527.7701
Email:  slipman@darbylaw.com
            rjacobson@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE ASSOCIATED PRESS,                              :
                                                                           :
              *Plaintiff*,                                          :           No. 1:08-CV-000323 (PKC)
                                                                           :           **ECF CASE**
      v.                                                                :
                                                                           :
ALL HEADLINE NEWS CORP., ET AL.,          :
                                                                           :
              *Defendants*.                                     :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please enter my appearance as counsel in this case for defendants ALL Headline News Corp., AHN Media Corp., Jeffrey W. Brown, and Danielle George.  I certify that I am admitted to practice in this Court.

Dated: June 27, 2008               Respectfully submitted,
      New York, NY
                                   DARBY & DARBY P.C.

                            By:
                                   s/ Steven E. Lipman
                                   Steven E. Lipman (SL-9395)
                                   7 World Trade Center
                                   250 Greenwich Street
                                   New York, NY  10007
                                   Telephone: 212.527.7700
                                   Facsimile:  212.527.7701
                                   Email:  slipman@darbylaw.com

                                   *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing:

**NOTICE OF APPEARANCE of Steven E. Lipman**

was submitted to the Court's CM/ECF system on June 27, 2008 for service by the Court's Electronic Transmission Facilities upon the following:

>Andrew Lawrence Deutsch
>Christine M. Jaskiewicz
>DLA Piper US LLP (NY)
>1251 Avenue of the Americas
>New York, NY 10020
>(212) 335-4500
>Fax: (212) 335-4501
>Email:   andrew.deutsch@dlapiper.com
>         christine.jaskiewicz@dlapiper.com
>
>*Counsel for Plaintiff*
>*The Associated Press*

>s/ Steven E. Lipman
>By:  Steven E. Lipman