```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08
```

Steven E. Lipman (SL-9395)
Robert L. Jacobson (*pro hac vice*)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701
Email: slipman@darbylaw.com
         rjacobson@darbylaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE ASSOCIATED PRESS,                        :
                                             :
                    *Plaintiff,*             :
                                             :    No. 1:08-CV-000323 (PKC)
          v.                                 :    ECF CASE
                                             :
ALL HEADLINE NEWS CORP., ET AL.,             :
                                             :
                    *Defendants.*            :
---------------------------------------------------------------x

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUBSTITUTE BRIEF

It is HEREBY ORDERED that Defendants' Motion for Leave to File Substitute Brief is GRANTED. Defendants' Reply Brief in Support of their Renewed Motion to Dismiss, filed June 27, 2008, is hereby ordered STRICKEN from the record. Defendants have until Wednesday, July 2, 2008 to file a substituted Reply Brief.

-1-

SO ORDERED

This 30th day of _____June_____, 2008

_____
Hon. P. Kevin Castel
United States District Judge