Eric A. Prager (EP-0964)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022-6030
Telephone: (212) 536-3900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
:
:
:                                        No. 1:08-CV-000323 (PKC)
THE ASSOCIATED PRESS,                    :
:                                        ECF CASE
   *Plaintiff,*                          :
:
   v.                                    :       NOTICE OF MOTION TO WITHDRAW
:                                        AS COUNSEL FOR DEFENDANTS
ALL HEADLINE NEWS CORP., ET AL.,         :
:
   *Defendants.*                         :
:
:
-------------------------------------------------------x

PLEASE TAKE NOTICE that upon the annexed declaration, Eric A. Prager will move this Court to be relieved as counsel.

Dated: New York, New York
       July 7, 2008

By: _____
Eric A. Prager (EP-0964)
K&L Gates LLP
599 Lexington Avenue
New York, New York  10022-6030
Telephone:   (212) 536-3900
Facsimile:   (212) 536-3901

NY-618268 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
THE ASSOCIATED PRESS,                    :     No. 1:08-CV-000323 (PKC)
                                         :     ECF CASE
    *Plaintiff,*                         :
                                         :
v.                                       :     [PROPOSED]
                                         :     ORDER GRANTING MOTION TO
ALL HEADLINE NEWS CORP., ET AL.,         :     WITHDRAW AS COUNSEL FOR
                                         :     DEFENDANTS
    *Defendants.*                        :
---------------------------------------------------------x

    Upon consideration of the Motion of Eric A. Prager to Withdraw as Counsel for Defendants, the Declaration of Eric A. Prager Pursuant to Local Rule 1.4 dated July 3, 2008 and good cause having been shown, it is hereby:

    ORDERED, that Eric A. Prager be permitted to withdraw his appearance in this matter and his appearance is hereby noted as withdrawn.

Dated: July ___, 2008

                                                      _____
                                                            United State District Judge