Eric A. Prager (EP-0964)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022-6030
Telephone: (212) 536-3900

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
:
THE ASSOCIATED PRESS,                      :     No. 1:08-CV-000323 (PKC)
                                           :     ECF CASE
    *Plaintiff,*                              :
                                           :
    v.                                     :     **DECLARATION OF ERIC A. PRAGER**
                                           :     **PURSUANT TO LOCAL RULE 1.4**
ALL HEADLINE NEWS CORP., ET AL.,           :
                                           :
    *Defendants.*                             :
                                           :
------------------------------------------------------x

    ERIC A. PRAGER hereby declares:

    1.    I have been lead attorney of record for the defendants in this case. I submit this declaration pursuant to Local Civil Rule 1.4 in support of the accompanying Motion to Withdraw as Counsel for Defendants All Headline News Corp., AHN Media Corp., Jeffrey W. Brown, and Danielle George in the above-captioned matter.

    2.    I was previously a shareholder of the firm Darby & Darby P.C., and have since become a partner of the firm of K&L Gates LLP. Defendants remain clients of my former firm Darby & Darby.

    3.    Steven E. Lipman, a shareholder of Darby & Darby, is now lead counsel for the defendants.

NY-618247-v2

4. I do not know of any reason why my withdrawal would delay the trial of this action or have any adverse effect on any party in this suit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2008.

_____
Eric A. Prager (EP-0964)