**DARBY & DARBY**
PROFESSIONAL CORPORATION

INTELLECTUAL PROPERTY LAW

NEW YORK
7 WORLD TRADE CENTER
250 GREENWICH STREET
NEW YORK, NY 10007-00
TEL 212.527.7700
FAX 212.527.7701
www.darbylaw.com

NEW YORK
SEATTLE
WASHINGTON, D.C.
SAN JOSE
PALM BEACH GARDENS
FRANKFURT

July 2, 2008

Reference: 21360/6003225-000

**MEMO ENDORSED**

BY HAND

ROBERT L. JACOBSON
ATTORNEY AT LAW
206.262.8921
rjacobson@darbylaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

COURTESY COPY

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re:   *The Associated Press v. All Headline News Corp., et al.*
      Case No. 08-cv-0323 (PKC)(GWG) - ECF

Dear Judge Castel:

In compliance with your Individual Practices, I enclose for your convenience a courtesy copy of the following paper filed on July 2, 2008 in the above-referenced matter:

1. Defendants' Reply in Support of Their Renewed Motion to Dismiss (Substituted brief per Order of June 30, 2008)

Defendants respectfully request leave for acceptance of this brief that is one page over the page limit under the Court's Local Rules given the multiple legal issues in this motion and their relatively complex legal nature. Defendants contacted counsel for AP and asked for its consent to this request. Opposing counsel courteously stated that AP did not object.

Respectfully submitted,

*Robert L. Jacobson* /JHK

Robert L. Jacobson

cc:   Steven E. Lipman, Esq., Andrew Lawrence Deutsch, Esq. (via e-mail)
      Christine M. Jaskiewicz, Esq. (via e-mail)

[Handwritten memo endorsement in left margin: "Leave to file Reply one page in excess of the page limit is granted. SO ORDERED. 7/11/08" with judge's signature]