AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

THE ASSOCIATED PRESS,

   Plaintiff,

- against -

ALL HEADLINE NEWS CORP., AHN MEDIA CORP., W. JEFFREY BROWN and DANIELLE GEORGE,

   Defendants.

**APPEARANCE**

Case Number: 08 Civ. 323 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants All Headline News Corp., Ahn Media Corp., W. Jeffrey Brown and Danielle George

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/4/2008 | *(signature)* |
| Date | Signature |
| | Brian D. Caplan    BC - 1713 |
| | Print Name    Bar Number |
| | Caplan & Ross, LLP. |
| | 100 Park Avenue, 18th Floor |
| | Address |
| | New York   NY   10017 |
| | City   State   Zip Code |
| | (212) 973-2376   (212) 661-4290 |
| | Phone Number   Fax Number |