Steven E. Lipman (SL-9395)
Robert L. Jacobson (*pro hac vice*)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212.527.7700
Facsimile: 212.527.7701
Email: slipman@darbylaw.com
Email: rjacobson@darbylaw.com

*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
THE ASSOCIATED PRESS,           :
                                :
        Plaintiff,              :      No. 1:08-CV-000323 (PKC)
                                :      ECF CASE
    v.                          :
                                :
ALL HEADLINE NEWS CORP., ET AL.,:
                                :
        Defendants.             :
---------------------------------------------------------------x

### [~~PROPOSED~~] ORDER GRANTING NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS BY DARBY & DARBY P.C.

Upon consideration of the Notice of Darby & Darby P.C. to Withdraw as Counsel for Defendants; the Declaration of Steven E. Lipman, Esq., Pursuant to Local Rule 1.4 dated September 4, 2008; and for other good cause having been show, it is hereby:

ORDERED that Darby & Darby P.C. be permitted to withdraw as counsel for Defendants in this matter.

3127465-1

Date: September 5, 2008

_____
Hon. P. Kevin Castel
United States District Judge