```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-15-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE ASSOCIATED PRESS,

                Plaintiff(s),              08 Civ. 323 (PKC)

       -against-                ORDER OF DISMISSAL

ALL HEADLINE NEWS CORP., et al.,

                Defendant(s).
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       The Court having been advised that all claims asserted herein have been settled, it is

       **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty (60) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
          June 15, 2009